EXHIBIT  A

Case 1:17-cv-05170-FB-RML   Document 1-1   Filed 08/31/17   Page 2 of 6 PageID #: 10







