EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-813-055**

Effective date of registration:

March 14, 2012

## Title

- **Title of Work:** NY Black White Empire Liberty
- **Previous or Alternative Title:** TBO41
- KTBO41
- TBO41a

## Completion/Publication

- **Year of Completion:** 2010
- **Date of 1st Publication:** October 19, 2010
- **Nation of 1st Publication:** United States

## Author

- **Author:** Josef Cohen
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** Israel
- **Domiciled in:** United States
- **Year Born:** 1953

## Copyright claimant

- **Copyright Claimant:** Josef Cohen
- 44 Hampshire Rd., Great Neck, NY, 11023, United States

## Certification

- **Name:** Benson Ling
- **Date:** March 14, 2012
- **Applicant's Tracking Number:** 502830390

**Registration #:** VA0001813055
**Service Request #:** 1-738244692

Josef Cohen
44 Hampshire Rd.
Great Neck, NY 11023  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-112-669**

Effective date of registration:

May 4, 2012

---

## Title
- **Title of Work:** New York Souvnier Art Collection

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** Lidor Cohen
- **Author Created:** photograph(s), 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States      **Domiciled in:** United States
- **Year Born:** 1977
- **Anonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** Lidor Cohen
  48 Spencer St., Brooklyn, NY, 11205, United States

## Certification
- **Name:** Benson Ling
- **Date:** May 4, 2012
- **Applicant's Tracking Number:** 503411281

---

- **Correspondence:** Yes

Page 1 of 1

**Registration #:** VAU001112669
**Service Request #:** 1-762107367



Lidor Cohen
48 Spencer St.
Brooklyn, NY 11205   United States

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-5376459838

## Mail Certificate

Sweet Gisele
5900 Decatur Street
Ridgwood, NY 11385 United States



**Priority:** Routine          **Application Date:** June 15, 2017

## Correspondent

**Name:** Lidor Cohen
**Email:** lidor_c@sweetgisele.com
**Telephone:** (646)436-0333
**Address:** 5900 Decatur Street
Ridgwood, NY 11385 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Sweet Gisele Collection

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Sweet Gisele
  **Author Created:** photograph, 2-D artwork, Photoshop design
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sweet Gisele
5900 Decatur Street, Ridgewood, NY, 11385, United States

## Certification

**Name:** Natalie Trotter
**Date:** June 15, 2017
**Applicant's Tracking Number:** 48133314

Page 1 of 1



Home | My Profile | Help | Contact Us | Log Out

COPYRIGHT HOME

All Cases:

**<< Back**

### Case Summary:

| | | | |
|---|---|---|---|
| Case #: | 1-5376459838 | Type of Case: Work of the Visual Arts | Opened: 6/15/2017 |
| Title: | Sweet Gisele Collection | | Contact Name: Constance Aguiar |
| Fee Due: | 55.00 | Service Fee Paid: 55.00 | Claim Status: Pending |

### Submit Your Work(s)

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

**(1) Upload your work(s):** Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

**Please note:** Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

### Upload Your Work(s)

1 - 1 of 1

| Case Details | Step 1: Select & Upload Files | | Step 2: Complete Your Submission |
|---|---|---|---|
| | +Select files to upload...    View Uploaded File Names | | |
| | Successfully uploaded - 48133314_1.jpg | 445.87 KB | |
| | Successfully uploaded - 48133314_2.jpg | 7.13 MB | |
| | Successfully uploaded - 48133314_3.jpg | 1.39 MB | |
| Case #: 1-5376459838<br>Title: Sweet Gisele Collection<br>Volume:<br>Number:<br>Issue Date:<br>Type of Work: Work of the Visual Arts | Successfully uploaded - 48133314_4.jpg | 1.18 MB | |
| | Successfully uploaded - 48133314_5.jpg | 2.30 MB | Click here to complete |
| | Successfully uploaded - 48133314_6.jpg | 1.45 MB | |
| | Successfully uploaded - 48133314_7.jpg | 1.52 MB | |
| | Successfully uploaded - 48133314_8.jpg | 318.84 KB | |
| | Successfully uploaded - 48133314_9.jpg | 628.40 | |

