EXHIBIT C



Try Prime
Clothing, Shoes & Jewelry
Departments Your Amazon.com Today's Deals Gift Cards & Registry EN Hello. Sign in Account & Lists Orders Try Prime 0 Cart
Amazon Fashion WOMEN MEN GIRLS BOYS BABY LUGGAGE SALES & DEALS YOUR FASHION & ♥ S FREE RETURNS Restrictions Apply

Clothing, Shoes & Jewelry › Women › Clothing › Tops & Tees › Knits & Tees

Roll over image to zoom in

True Rock

# True Rock Women's Liberty New York Bling V-Neck T-Shirt

Be the first to review this item

Price: $17.99 & Free Return on some sizes and colors

**Size:**

Select ▼ Size Chart

**Color:** Pink

- Polyester
- Short Slevee
- V-Neck
- See Size chart for Sizing
- 60% Cotton; 40% Polyester
- New York Print

**Spring dresses from Lark & Ro. Exclusively for Prime members. Shop now.**

| | | | |
|---|---|---|---|
| Cap-Sleeve Wrap $44.50 | Side Button $64.50 | Fit-and-Flare $59.50 | Sleeveless Bow $59.50 |

Share

To buy, select **Size**

Add to Cart

Add to List

## Customers who bought this brand also shopped for

True Rock - Women's Tie Dye New York T-Shirt - Multi
$12.99

True Rock - Women's New York Statue Of Liberty Rhinestone T-Shirt - Multi
$12.99

True Rock - Women's New York City Statue Of Liberty Rhinestone T-Shirt - Multi
$12.99

True Rock - Women's New York Baseball Shirt - White/Black
$14.99

True Rock - Women's New York Baseball Shirt - White/Pink
$14.99

Case 1:17-cv-05170-FB-RML Document 1-3 Filed 08/31/17 Page 3 of 18 PageID #: 26



**True Rock - Women's New York Baseball Shirt - White/Navy**
**$14.99**

## Customers viewing this page may be interested in these sponsored links (What's this?)

1. **Shop Women's Tops - AmeriMark® Official Site** — Shop Our Selection Of Shirts, Blouses, Tunics & More. Free Shipping! — www.amerimark.com/Apparel/Tops
2. **Buy Jockey® V-Neck Tees - Check Out the Latest Deals** — Comfortable V-**Neck** Tees in a Choice of Eye-Catching Styles. Save at Jockey® Now! — www.jockey.com/
3. **Ladies V-Neck Tee - Women's & Petite** — Classic Style For The Mature Woman. Quality Brands & … — www.togshop.com/Tops

Ad feedback

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. Apply now.

## Product description

True Rock Women's Liberty New York Bling V-Neck T-Shirt

Short Slevee
V-Neck
See Size chart for Sizing
Bling on parts of the shirt
New York Print

**Product Dimensions:** 12 x 10 x 2 inches
**Shipping Weight:** 8 ounces (View shipping rates and policies)
**ASIN:** B06XWZV7HF
**Date first available at Amazon.com:** March 28, 2017
**Amazon Best Sellers Rank:** #515,952 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
 #6235 in Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Knits & Tees
 #259412 in Clothing, Shoes & Jewelry > Women > Shops
**Average Customer Review:** Be the first to review this item
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Customer Questions & Answers

See questions and answers

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

## New items from True Rock


True Rock Women's Coco Made Me Do It Long T-Shirt
$17.99


True Rock Men's Eagle Textured Panel & Side Zip T-Shirt
$14.99


True Rock Men's Andy Plain Cutout Casual T-Shirt
$12.99


True Rock - Men's Short Sleeve Stripe New York Baseball Shirt - Black/White
$14.99


True Rock Men's New York Pinstripe Baseball Jersey- Black/White-Medium
$24.98


True Rock - Men's New York Baseball Shirts - White/Navy
2
$14.99

## Look for similar items by category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Knits & Tees

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Try Prime

Clothing, Shoes & Jewelry

Departments | Your Amazon.com | Today's Deals | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

## Amazon Fashion

WOMEN  MEN  GIRLS  BOYS  BABY  LUGGAGE  SALES & DEALS  YOUR FASHION & ♥ S

FREE RETURNS Restrictions Apply

Clothing, Shoes & Jewelry › Women › Clothing › Tops & Tees › Knits & Tees

**True Rock**

### True Rock Women's Liberty New York Bling V-Neck T-Shirt

Be the first to review this item

Price: **$17.99** & Free Return on some sizes and colors

Share

To buy, select **Size**

Add to Cart

Add to List

**Size:**
Select ▼    Size Chart

**Color:** Blue/Multi

- Polyester
- Short Slevee
- V-Neck
- See Size chart for Sizing
- 60% Cotton; 40% Polyester
- New York Print

**New season, new styles. Exclusively for Prime members.**

Paris Sunday Dress $49.50 | Essentialist Blouse $32.95 | Ella Moon Top $39.50 | James & Erin Dress $44.50



Roll over image to zoom in

## Customers who bought this brand also shopped for

Page 1 of 3

    

True Rock - Women's Tie Dye New York T-Shirt - Multi
$12.99

True Rock - Women's New York Statue Of Liberty Rhinestone T-Shirt - Multi
$12.99

True Rock - Women's New York City Statue Of Liberty Rhinestone T-Shirt - Multi
$12.99

True Rock - Women's New York Baseball Shirt - White/Black
$14.99

True Rock - Women's New York Baseball Shirt - White/Pink
$14.99

**Customers viewing this page may be interested in these sponsored links** (What's this?)

1. **New York City Tee Shirts** - NYC Souvenir Tees for Adults & Kids Best prices and Service Guaranteed — www.grandslam**newyork**.com/NYC_T-Shirts

2. *Buy Jockey® V-Neck Tees - Check Out the Latest Deals* - Comfortable V-**Neck** Tees in a Choice of Eye-Catching Styles. Save at Jockey® Now! — www.jockey.com/

3. *Liberty T-shirts* - T-shirts, Hoodies & Polos for **Liberty** Lovers. 1000+ — www.cafepress.com/

Ad feedback

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. Apply now.

## Product description

True Rock Women's Liberty New York Bling V-Neck T-Shirt

Short Slevee
V-Neck
See Size chart for Sizing
Bling on parts of the shirt
New York Print

**Product Dimensions:** 12 x 10 x 2 inches
**Shipping Weight:** 8 ounces (View shipping rates and policies)
**ASIN:** B06XWZV7HF
**Date first available at Amazon.com:** March 28, 2017
**Amazon Best Sellers Rank:** #515,952 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #6235 in Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > **Knits & Tees**
   #259412 in Clothing, Shoes & Jewelry > Women > **Shops**
**Average Customer Review:** Be the first to review this item
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Customer Questions & Answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

**There are no customer reviews yet.**

| | | | |
|---|---|---|---|
| 5 star | | 0% | Share your thoughts with other customers |
| 4 star | | 0% | |
| 3 star | | 0% | Write a customer review |
| 2 star | | 0% | |
| 1 star | | 0% | |

## New items from True Rock


**True Rock Women's Coco Made Me Do It Long T-Shirt**
$17.99


**True Rock Men's Eagle Textured Panel & Side Zip T-Shirt**
$14.99


**True Rock Men's Andy Plain Cutout Casual T-Shirt**
$12.99


**True Rock - Men's Short Sleeve Stripe New York Baseball Shirt - Black/White**
$14.99


**True Rock Men's New York Pinstripe Baseball Jersey-Black/White-Medium**
$24.98


**True Rock - Men's New York Baseball Shirts - White/Navy**
2
$14.99

## Look for similar items by category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Knits & Tees

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

English    United States

| Amazon Drive | 6pm | AbeBooks | ACX | Alexa | Amazon Business |
|---|---|---|---|---|---|
| Unlimited Cloud Storage From Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants |

Case 1:17-cv-05170-FB-RML Document 1-3 Filed 08/31/17 Page 9 of 18 PageID #: 32

| | | | | | |
|---|---|---|---|---|---|
| Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Free Digital Educational Resources | Fun stories for kids on the go | Food delivery from local restaurants |
| Amazon Video Direct Video Distribution Made Easy | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools |
| Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content | Withoutabox Submit to Film Festivals | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Subscribe with Amazon Discover & try subscription services |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

5/4/2017 True Rock - Women's New York City Statue Of Liberty Rhinestone T-Shirt - Multi at Amazon Women's Clothing store

Case 1:17-cv-05170-PB-RML Document 1-3 Filed 08/31/17 Page 10 of 18 PageID #: 33

Try Prime | Clothing, Shoes & Jewelry

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

**Amazon Fashion** | WOMEN | MEN | GIRLS | BOYS | BABY | LUGGAGE | SALES & DEALS | YOUR FASHION ❤ S | FREE RETURNS Restrictions Apply

Clothing, Shoes & Jewelry › Women › Clothing › Tops & Tees › Knits & Tees

True Rock

## True Rock - Women's New York City Statue Of Liberty Rhinestone T-Shirt - Multi

Be the first to review this item

Price: **$12.99**

Size:
Select ▼ | Size Chart

- Cotton blend in multi .
- Pull over Scooped neckline.
- Short sleeves construction .
- Rhinestone decorating New York City.

Share

To buy, select **Size**

Add to Cart

Add to List

**Spring dresses from Lark & Ro. Exclusively for Prime members. Shop now.**

Cap-Sleeve Wrap $44.50 | Side Button $64.50 | Fit-and-Flare $59.50 | Sleeveless Bow $59.50



Roll over image to zoom in

## Customers who bought this brand also shopped for



True Rock - Women's New York Baseball Shirt
6
$14.99 - $19.99

True Rock Women's Loose Fit Bandana Print Racerback Tank Top
2
$10.49

True Rock Sheer Front Tie Open Back Blouse
$19.88

True Rock Mens Midtown Plaid Shirt
$19.88

True Rock Mens Ace Plaid Shirt

Case 1:17-cv-05170-PB-RML   Document 1-3   Filed 08/31/17   Page 11 of 18 PageID #: 34

[True Rock Men's Hawaiian Floral Print Shirt](#)
3
$18.95

**Customers viewing this page may be interested in these sponsored links** (What's this?)

1. **Rhinestone T Shirts - Sparkling rhinestone tee shirt** - Choose amazing **rhinestone** transfer in large stock to decor quality tee shirts. — www.cstown.com/
2. **Custom Rhinestone Shirts - Dazzling Designs. Ships Fast.** - Your Design or Phrase on Shirts, Hoodies & More. Any Quantity. Fast Production. — www.justjen.com/
3. **Custom Rhinestone T Shirts - Get Quote &** - We Offer Perfect Custom T-Shirts, Get Quick Quote for — www.rhinestonewear.org/

Ad feedback

## Special offers and product promotions
- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. **Apply now.**

## Product description
Cotton blend in multi . Pull over Scooped neckline. Short sleeves construction . Rhinestone decorating New York City. Straight hemline.

**Shipping Information:** View shipping rates and policies
**ASIN:** B01MUI0VPM
**Date first available at Amazon.com:** February 3, 2017
**Amazon Best Sellers Rank:** #1,871,408 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #21973 in Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > **Knits & Tees**
   #906994 in Clothing, Shoes & Jewelry > Women > **Shops**
**Average Customer Review:** Be the first to review this item
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Customer Questions & Answers
See questions and answers

## Customer Reviews
**There are no customer reviews yet.**



5 star 0%
4 star 0%
3 star 0%
2 star 0%
1 star 0%

**Share your thoughts with other customers**

Write a customer review

5/4/2017 True Rock7 - Women's New York City Statue Of Liberty Rhinestone T-Shirt - Multi at Amazon Women's Clothing store:

Case 1:17-cv-05170-PB-RML Document 1-3 Filed 08/31/17 Page 12 of 18 PageID #: 35

## Look for similar items by category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Knits & Tees

Back to top

### Get to Know Us
- Careers
- About Amazon
- Investor Relations
- Amazon Devices

### Make Money with Us
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

Try Prime

Clothing, Shoes & Jewelry

Departments   Your Amazon.com   Today's Deals   Gift Cards & Registry   EN  Hello. Sign in Account & Lists   Orders   Try Prime   0 Cart

Amazon Fashion   WOMEN  MEN  GIRLS  BOYS  BABY  LUGGAGE  SALES & DEALS  YOUR FASHION & ♥ S  FREE RETURNS Restrictions Apply

Clothing, Shoes & Jewelry › Women › Clothing › Tops & Tees › Blouses & Button-Down Shirts

True Rock

## True Rock - Women's New York Statue Of Liberty Rhinestone Top - White/Grey

Be the first to review this item

Price: **$12.99**

Size:
Select ▼   Size Chart

- Cotton blend in white with grey .
- Pull over with V-neck line .
- Sleeveless design.
- Graphic design with rhinestone decorating and text print .
- Straight hemline.

Share

To buy, select **Size**

Add to Cart

Add to List

**Spring dresses from Lark & Ro. Exclusively for Prime members. Shop now.**

Cap-Sleeve Wrap $44.50   Side Button $64.50   Fit-and-Flare $59.50   Sleeveless Bow $59.50



Roll over image to zoom in

## Customers who bought this brand also shopped for



True Rock - Women's New York Baseball Shirt
6
$14.99 - $19.99

True Rock Women's Loose Fit Bandana Print Racerback Tank Top
2
$10.49

True Rock Sheer Front Tie Open Back Blouse
$19.88

True Rock Roger Tank Top
$14.88

True Rock Men's Tonic Graphic Tank Top
1
$13.97



**True Rock Mens Midtown Plaid Shirt**
**$19.88**

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. Apply now.

## Product description

Cotton blend in white with grey . Pull over with V-neck line . Sleeveless design. Graphic design with rhinestone decorating and text print . Straight hemline.

**Shipping Information:** View shipping rates and policies
**ASIN:** B01N9Z2P3H
**Date first available at Amazon.com:** February 3, 2017
**Average Customer Review:** Be the first to review this item

If you are a seller for this product, would you like to **suggest updates through seller support**?

## Customer Questions & Answers

See questions and answers

## Customer Reviews

**There are no customer reviews yet.**

| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

**Share your thoughts with other customers**

Write a customer review

## Look for similar items by category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Blouses & Button-Down Shirts

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Try Prime | Clothing, Shoes & Jewelry

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

**Amazon Fashion** | WOMEN | MEN | GIRLS | BOYS | BABY | LUGGAGE | SALES & DEALS | YOUR FASHION ♥ S | FREE RETURNS Restrictions Apply

Clothing, Shoes & Jewelry › Women › Clothing › Tops & Tees › Knits & Tees

True Rock

Share

## True Rock - Women's Tie Dye New York T-Shirt - Multi

Be the first to review this item

Price: **$12.99**

Size:

Select ▼   Size Chart

- Cotton blend in multi .
- Pull over with V-neck line .
- Short sleeves design.
- Graphic design with rhinestone decorating and text print .
- Straight hemline.

To buy, select **Size**

Add to Cart

Add to List



**New season, new styles. Exclusively for Prime members.**

Paris Sunday Dress $49.50 | Essentialist Blouse $32.95 | Ella Moon Top $39.50 | James & Erin Dress $44.50

Roll over image to zoom in

## Customers who bought this brand also shopped for



True Rock - Women's New York Baseball Shirt
6
$14.99 - $19.99

True Rock Women's Loose Fit Bandana Print Racerback Tank Top
2
$10.49

True Rock Sheer Front Tie Open Back Blouse
$19.88

True Rock Mens Midtown Plaid Shirt
$19.88

True Rock Mens Ace Plaid Shirt

True Rock Roger Tank Top
$14.88

## Customers viewing this page may be interested in these sponsored links (What's this?)

1. **Colortone Tie Dye Company** - Retail & Wholesale, Huge Variety Same day shipping — www.**tiedye**usa.com/
2. **6.99 Tie Dye T-Shirts** - Sizes Youth XS to Adult 5XL 100,000 **shirts** in stock. $7.99 shipping. — www.flowerpower**tiedye**.com/
3. **New York City Tee Shirts** - **NYC** Souvenir Tees for Adults & Kids Huge Selection - Ships Same Day! — www.grandslam**newyork**.com/NYC_T-Shirts

Ad feedback

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new **Discover it® card within 3 months**. Terms and conditions apply. See offer for details. Apply now.

## Product description

Cotton blend in multi . Pull over with V-neck line . Short sleeves design. Graphic design with rhinestone decorating and text print . Straight hemline.

**Shipping Information:** View shipping rates and policies
**ASIN:** B01MYFKJ3Y
**Date first available at Amazon.com:** February 3, 2017
**Average Customer Review:** Be the first to review this item
If you are a seller for this product, would you like to **suggest updates through seller support**?

## Customer Questions & Answers

See questions and answers

## Customer Reviews

There are no customer reviews yet.

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Share your thoughts with other customers**

Write a customer review

## Look for similar items by category

Clothing, Shoes & Jewelry > Women > Clothing > Tops & Tees > Knits & Tees

Back to top

### Get to Know Us
- Careers
- About Amazon
- Investor Relations
- Amazon Devices

### Make Money with Us
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English      United States

| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
|---|---|---|---|---|---|---|
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates